1  Jeffrey L. Cutler (SBN 100639)
   Sally S. Frontman (SBN 227735)
2  **WOHLNER KAPLON PHILLIPS**
   **YOUNG & CUTLER**
3  A Professional Corporation
   16501Ventura Boulevard, Suite 304
4  Encino, California 91436
   Telephone: (818) 501-8030
5  Facsimile:  (818) 501-5306
   E-Mail: jcutler@wkpyc.com
6  E-Mail: sfrontman@wkpyc.com

## JS-6

7  Attorneys for Plaintiffs Boards of Trustees et al.

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **(Western Division)**

| | |
|---|---|
| 11  THE BOARDS OF TRUSTEES  OF THE SOUTHERN CALIFORNIA GLAZIERS, | CASE NO. CV12-04832-R |
| 12  ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE | Assigned to the Honorable Manuel L. Real |
| 13  TRUST; THE SOUTHERN CALIFORNIA, ARIZONA, COLORADO, AND SOUTH- | |
| 14  ERN NEVADA GLAZIERS, ARCHITECT-URAL METAL AND GLASS WORKERS | |
| 15  PENSION TRUST FUND; THE GLAZIERS, ARCHITECTURAL METAL | **JUDGMENT PURSUANT TO** |
| 16  AND GLASS WORKERS DISABILITY TRUST; THE SOUTHERN CALIFORNIA | **STIPULATION** |
| 17  GLASS AND GLAZING INDUSTRY TRUST FUND; THE SOUTHERN COUN- | |
| 18  TIES GLAZIERS' APPRENTICE-SHIP TRAINING TRUST; SOUTHERN | |
| 19  CALIFORNIA GLASS MANAGEMENT AND GLAZIERS, ARCHITECTURAL | |
| 20  METAL AND GLASS WORKERS LOCAL 636 AREA LABOR MANAGEMENT | |
| 21  COMMITTEE; NATIONAL LABOR MANAGEMENT COOPERATION FUND, | |
| 22  AND GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL | |
| 23  UNION NO. 636 | Complaint Filed: June 1, 2012 |
| 24      Plaintiffs, v. | Default by Clerk: July 3, 2012 |
| 25  SILVINO MICHAEL VALDEZ, | |
| 26  individually and doing business as AARON BROTHERS GLASS CO., a partnership; | |
| 27  FRANK GABRIEL VALDEZ, individually | |
| 28  | |

and doing business as AARON BROTHERS )
GLASS CO., a partnership; )
                                      )
                                      )
                       Defendants.    )   s
                                      )

_____

Plaintiffs, The Boards of Trustees of the Southern California Glaziers, Architectural Metal and Glass Workers Health and Welfare Trust; the Southern California, Arizona, Colorado, and Southern Nevada Glaziers, Architectural Metal and Glass Workers Pension Trust Fund; the Glaziers, Architectural Metal and Glass Workers Disability Trust; the Southern California Glass and Glazing Industry Trust Fund; the Southern Counties Glaziers' Apprenticeship Training Trust; and the Southern California Glass Management and Glaziers, Architectural Metal and Glass Workers Local 636 Area Labor Management Committee and National Labor Management Cooperation Fund and the Glaziers, Architectural Metal and Glass Workers Local Union No. 636 (collectively, "Plaintiffs") shall have judgment against defendants AARON BROTHERS GLASS CO., a partnership, and SILVINO MICHAEL VALDEZ, individually, and doing business as AARON BROTHERS GLASS CO., a partnership having agreed to the entry of judgment in this matter and having entered into a Stipulation for Entry of Judgment which has been filed with the Court, and due deliberation being had thereon,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs shall have judgment against AARON BROTHERS GLASS CO., a partnership, and SILVINO MICHAEL VALDEZ, individually, and doing business as AARON BROTHERS GLASS CO., a partnership (collectively, "Defendants") in the sum of $38,846.30, representing delinquent contributions in the amount of $24,265.61, working dues in the amount of $1,790.85, interest in the amount of $3,641.02, liquidated damages in the amount of $4,853.12, audit fees in the amount of

-1-

$787.50, attorney fees in the amount of $3,008.20, and litigation costs in the amount of $500.00, owed for the audited periods of January 1, 2007 through January 31, 2010, and February 1, 2010 through September 23, 2011 together with interest accruing at the rate of seven percent (7.0%) per annum from February 1, 2013, as follows:

1.      Defendants shall pay to Plaintiffs the sum of $500.00 on or before the first (1st) day of February 2013, and shall make monthly installment payments to Plaintiffs on or before the first (1st) day of each and every succeeding month thereafter until the sum of $38,846.30, together with interest accruing in accordance with paragraph 4 below, is paid in full.

2.      All payments shall be made payable to the "Southern California Glaziers Trust Funds" and delivered or mailed to the offices of Wohlner Kaplon Phillips Young & Cutler at 16501 Ventura Boulevard, Suite 304, Encino, California 91302, unless or until otherwise instructed in writing by counsel for Plaintiffs.

3.      Defendants shall pay interest in accordance with the Multiemployer Pension Plan Amendment Act ("MPPAA"), 29 U.S.C. §1132(g)(2) at the rate of seven percent (7.0%) per annum on the sum of $38,846.30 (the "Principal Balance") and upon the declining balance thereof pursuant to the following formula: "Principal Balance (x) 7.0% divided (/) by 365 (x) number of days since the last payment". Interest shall be computed from February 1, 2013.  No payment of interest shall reduce the amount of the Judgment as entered.

4.      Plaintiffs hereby stipulate to withhold execution of the Judgment Pursuant to Stipulation so long as Defendants timely make payments as required herein and comply with all other terms of the Stipulation.

5.      Defendants agree to timely pay all monthly contributions owed to the Trusts during the period in which monies are owed pursuant to Stipulation.

6.     Defendants further agree to timely submit employer contribution reports to the Trusts with a breakdown by job of all hours worked for all employees performing work covered by Defendants' collective bargaining agreement with the Union.

7.     It is further agreed that in the event of default, Defendants shall pay, in addition to the Principal Balance of the Judgment then due, together with accrued interest calculated at the rate of seven (7.0%) percent from February 1, 2013, all attorneys' fees and costs incurred in enforcing the Judgment obligation.

8.     Time is of the essence and it is agreed that if Defendants fail to make the initial payment required herein when due, or other payments as provided herein, or fail to comply with any term of the Stipulation, Defendants shall be deemed in default, and Plaintiffs may levy upon the balance then due, accrued interest, and attorneys' fees and costs incurred in enforcing the judgment obligation.

9.     The amounts agreed to be paid pursuant to Stipulation are solely in settlement of Plaintiffs' claim for contributions, liquidated damages, dues, audit costs, and attorneys' fees and costs in the above-captioned lawsuit.  Defendants expressly agree that all rights of Plaintiffs to assess and pursue withdrawal liability and related damages against Defendants are hereby reserved.

10.     The Parties hereby stipulate that upon entering into the Stipulation, each has made such investigation of the facts pertaining to the Stipulation of all the matters pertaining thereto as it deems necessary, each has read and understands the contents of the Stipulation and the consequences thereby, and the person(s) executing the Stipulation on each Party's behalf has full and complete power and authority to execute the Stipulation.

/ / /

/ / /

/ / /

1         11.    Upon final payment in accordance with the provisions of the

2    Stipulation, Plaintiffs shall file a full satisfaction of judgment.

3

4

5    DATED:   OCT. 16, 2013        _____

6                                    HONORABLE MANUEL L. REAL
                                     UNITED STATES DISTRICT JUDGE

-4-